## STRONG *against* BEARDSLEE.

Under    the
" act to extend
the jurisdiction
of  justices  of
the   peace,"
(sess.  41.  ch.
94.) passed *A-
pril* 10th, 1818,
where the de-
mand exceeds
25 dollars, ei-
ther party has
a right to de-
mand that the
jury   should
consist    of
*twelve ;* but he

IN ERROR, on *certiorari*, to a Justice's Court.

*Beardslee* sued *Strong*, for beating and wounding his dog, and claimed fifty dollars damages.    S. pleaded not guilty, and the plaintiff demanded a trial by jury.    The cause was then adjourned, and at the adjourned day, the parties appeared, when the *venire* was returned with a panel of *twelve* jurors, from which the justice drew *six*, who were sworn ; the defendant insisted, that the cause ought to be tried be-

must make his demand, for that purpose, *before* the *venire* issues, in order that *twenty* may be summoned : if he waits until a *venire* is returned with twelve, *six* of which are sworn, he is too late, and must be concluded.

fore twelve jurors, as the damages claimed were above 25 dollars; the justice overruled the objection, and there was a verdict and judgment for the plaintiff, for 17 dollars, and costs.

*Per Curiam.* According to the true construction of the 22d section of the " act to extend the jurisdiction of justices of the peace," (sess. 41. ch. 94.) passed *April* 10th, 1818, where the sum demanded exceeds 25 dollars, either party has a right to insist, that the jury shall consist of *twelve*, instead of six jurors : but the party must make his demand of the justice, that the jury should consist of *twelve*, before the *venire* is issued, so that *twenty* may be summoned. Here the *venire* was for *twelve* jurors, and there was no demand or claim to have more summoned, until *six* were drawn and sworn. The defendant was then too late. The judgment must be affirmed.

Judgment affirmed.